**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:08cr00271 (HHK) |
| | : | |
| EDDIE RAY KAHN, et al., | : | |
| | : | |
| Defendants. | : | |

**DANNY TRUE'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY**

Defendant Danny True, through his attorneys, HANNON LAW GROUP, LLP, and Charles I. Cate, hereby gives notice, pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, of his intent to offer expert testimony under Rules 702, 703, and 705 of the Federal Rules of Evidence in his defense.

Mr. True may offer the expert testimony of Walker Fowler Todd, Ph.D., J.D.  Mr. Todd is an attorney and formerly worked as an attorney and legal officer for the legal departments of the Federal Reserve Banks of New York and Cleveland.  Among other tasks, Mr. Todd had responsibility to review novel and routine notes, bonds, bankers' acceptances, securities, and other financial instruments in connection with his work for the Reserve Banks' discount windows and parts of the open market trading desk function in New York.  In addition, for nine years he worked as an economic research officer at the Federal Reserve Bank of Cleveland.  He became one of the Federal Reserve System's recognized experts on the legal history of central banking and the pledging of notes, bonds, and other financial instruments at the discount window to enable the Federal Reserve to make advances of credit that became of could become money. He is also a recognize expert on the legal and financial history of money and banking and has published several articles on these subjects.  He has served as an expert witness in several trials involving banking practices and monetary instruments.

1

Mr. Todd holds a B.A. from Vanderbilt University, an M.A. in French from the University of Wisconsin-Madison, a Ph.D. in French from Columbia University, and a J.D. degree from Boston University School of Law.  His curriculum vita is attached as Exhibit A.

Mr. Todd is expected to render opinion testimony as follows:

1. Mr. Todd will testify about the creation of the United States monetary system and the conflicting opinions within the United States that accompanied the creation of money.

2. Mr. Todd will testify about the origins and history of the use of Bills of Exchange and the use of fraudulent Bills of Exchange in the United States.  Mr. Todd will testify regarding the history of the Redemption Theory in the United States.  Mr. Todd will testify as to how Bills of Exchange and the Redemption Theory were utilized in the United States by persons who disagreed with the Government's prevailing view regarding the nature of money and underpinnings of the federal tax system.

3. Mr. Todd will testify regarding the enforcement actions of the United States to counter the fraudulent use of Bills of Exchange and the Redemption Theory that underlies some of the BOEs utilized in the United States.

4. Mr. Todd will testify regarding the Chain of Collection in the United States and, in particular, the process whereby the United States identifies fraudulent Bills of Exchange and collects those instruments for enforcement purposes.  Mr. Todd will testify that the United States monetary system and the Internal Revenue Service are structured so that fraudulent Bills of Exchange can be identified and so that referrals can be made to the appropriate agencies for enforcement action.  Mr. Todd is of the opinion that the federal monetary and taxing systems are structured such that the Internal Revenue Service with experience has learned how to isolate fraudulent BOEs without undue disruption of the rest of the tax collection system.

5.      Mr. Todd will review the Government Exhibits and Exhibits of Mr. True.  From a review of those exhibits, Mr. Todd will testify that Mr. True followed a typical pattern found among United States citizens who become interested in and ultimately converted to the viability of Bills of Exchange and the Redemption Theory.  Mr. Todd will testify that Mr. True's personal use of Bills of Exchange, along with Mr. True's persistent participation in the civil legal system in opposition to the right of the Internal Revenue Service to take his family's home, are typical of many of the persons who personally have adopted non-traditional views of the monetary and taxing systems of the United States.

6.      Mr. Todd will also testify in opposition to the opinion of the Government's expert, William C. Kerr, wherein Mr. Kerr asserts that the Bills of Exchange related to Mr. True "are created solely for the purpose of perpetrating fraud. . . ."  (Docket 56-3 at page 2).

Dated:  April 5, 2010                                  Respectfully submitted,

                                                                HANNON LAW GROUP, LLP

                                                            */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

                                                            */s/ Charles I. Cate*
Charles I. Cate, #969360
2009 N. 14th Street, Suite 306
Arlington, Virginia 22201
(703) 522-2112
(703) 522-2114 (FAX)
chascate@catelawfirm.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing was sent via electronic filing this 5th day of April, 2010 to:

Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 300
Washington , DC 20006

Edward C. Sussman
601 Pennsylvania Avenue, NW
Suite 900-South Building
Washington, DC 20004-2601

Jonathan Jeffress
FEDERAL PUBLIC DEFENDER
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004

James L. Lyons
KELLOGG, WILLIAMS & LYONS
1350 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Jeffrey A. McLellan
Tino M. Lisella
Melissa Siskind
U.S. DEPARTMENT OF JUSTICE
Tax Division
Box 972
Washington, DC 20044

by first class mail to:

Eddie Kahn, Inmate # 32542, *pro se*
Central Detention Facility
1901 D Street, SE
Washington, DC 20003

Allan Tanguay, *pro se*
21 Audubon Way
Flagler Beach, FL 32136

Stephen C. Hunter, *pro se*
Central Detention Facility
1901 D Street, SE
Washington, DC 20003

                                                  */s/ J. Michael Hannon*
                                                  J. Michael Hannon