# EXHIBIT A

**Walker Fowler Todd, Ph.D., J.D.**
1164 Sheerbrook Drive, Chagrin Falls, Ohio  44022
(440) 338-1169; fax (call to turn on machine); e-mail:  westodd@windstream.net

**EXPERIENCE**

**American Institute for Economic Research, Great Barrington, Massachusetts (AIER), 1997 to present.  Currently (June 2007) Visiting Research Fellow and Instructor, Summer Fellowship Program.  Director of Summer Fellowship Program, 2006.  In 2004-2005, conference organizer, consultant, visiting research fellow, and instructor.**
In 2007, duties include teaching one course in the Summer Fellowship Program, serving as resident advisor in the Main Stone House, assisting the Director in conducting the summer program, and contributing to AIER publications as requested.  As Director of the Summer Fellowship Program (2006), recruited and oversaw selection of student participants and visiting research fellows, coordinated course instruction, taught one course, and coordinated visits by prominent outside speakers and visitors, with some arrangement of social functions.  Oversaw all housing arrangements.  Served as Acting Director of this Program in 2004.

In 2004-2005, organized and coordinated economic conferences for AIER.  Determined programs and identified and invited presenters. Assigned topics. Served as moderator. Edited all papers and transcripts for publication in conference proceedings volumes.  In the Summer Fellowship Program, taught a course on competing theories of property rights.

As writer and researcher, have written a monograph and prepared book-length manuscript on origins, history, and competing legal and economic theories of property rights.

**Chautauqua Institution, Special Studies Faculty, Chautauqua, New York 14722. Special studies faculty member, summer 1997-present.**
Taught courses on a variety of topics and themes, primarily relating to history, economics, and constitutional theory.  Some courses were on literary works.  Since 2000, at least one course each summer has featured a recent history or biography of a major American.  See biographical sketch for list of these courses.

**Elderhostel, Chautauqua Institution, Chautauqua, New York, Instructor, 2003-present (four times).**
Taught courses on prominent eighteenth and nineteenth century American figures, and one Englishman, about whom there have there have been recently published biographies.  For example, taught courses on Ron Chernow's *Alexander Hamilton* during 2004, economist John Maynard Keynes (using volume 3 of the biographical series by Robert Skidelsky), and the Causes of the U.S. Civil War (using Merrill D. Peterson's *The Great Triumvirate: Webster, Clay, and Calhoun* in earlier years.

**Attorney at law, economic consultant, researcher, writer, 1995 to the present.**

Provide consultation and legal representation in federal appellate litigation, international financial law, tax preparation, federal election law, probate court matters, elder law, and defense of criminal misdemeanor charges. Counsel for group of farmers resident in territory of federal Tenth Circuit challenging constitutionality of federal agricultural programs, 2000-2002. Expert witness (defense) in federal trials involving charged violations of monetary and payments system law. Served as campaign manager for Republican congressional candidate in March 1996 Ohio primary election campaign. Published articles and delivered speeches on international trade and investment, government innovations of the 1930s, permissible investments for state and local governments, and conditions of the Brazilian, Mexican, and Japanese banking systems. Edited and contributed articles to monograph on Exchange Stabilization Fund and International Monetary Fund (December 1998). Published article on financial market problems related to hedge funds and the use of over-the-counter derivative instruments (December 1998). Published chapter in annual monograph on financial services research on lessons to be learned from the 1997-1998 payments crises in Latin America, East Asia, and Russia (March 2000). Published chapter in retrospective on banking law on application of lender of last resort theory to current issues in American finance (June 2002). See publications list for these items and more.

**Adjunct instructor at Cleveland-Marshall College of Law, Cleveland State University, Cleveland, Ohio 44115, 1988-2000**.

As part-time instructor in law, taught Law, History, and Economics**,** an economic and philosophical approach to the legal history of the American Constitution; Law and Economics; American Jurisprudence; Elder Law.

**Federal Reserve Bank of Cleveland, Cleveland, Ohio. 1985-1994. Research Officer and Assistant General Counsel.**

Engaged in research and writing for economic research department, resulting in extensive publications (list attached). Recognized as a Federal Reserve System expert in trade finance, loan documentation, lender of last resort and central banking law, theory and structure of banking law, legislative history of Federal Reserve Act and Bank Holding Company Act, and all recent federal banking legislation (since 1978). In addition, provided legal services as a member of the corporate legal department.

**Gulliver Foundation, San Francisco, California, 1991-1992, on leave of absence from Federal Reserve Bank of Cleveland.**

Engaged in research and writing on topics related to the economic structure of U.S. banking law, publications included in appended publication list. Provided advice to staffs of House and Senate banking committees on technical aspects of the Federal Deposit Insurance Corporation Improvement Act of December 19, 1991.

**Federal Reserve Bank of New York, New York, New York. 1974-1985. Assistant Counsel, 1980-85; Attorney, 1974-1980.**

Legal writings were published on bankers acceptances and letters of credit (included in list). Member of 25-lawyer legal department; supervised work of junior attorneys related to specialty areas, 1979-1985. Specialties in trade finance, lender of last resort and central

2

banking law, international banking matters, Bank Holding Company Act, loan documentation, currency transportation contracts, and secured transactions. Extensive exposure to state and local finance issues in 1975-1980.

**Member of U.S. negotiating teams for release of 52 American hostages from Iran (London, January 1981) and to establish the Iran-U.S. Claims Tribunal at the Hague, Netherlands (Amsterdam, July 1981).**

**International Bank for Reconstruction and Development (World Bank), Washington, D.C. 1987-1989.**
Consultant (on loan from Federal Reserve Bank of Cleveland for specific missions) on banking and central bank restructuring (Pakistan, July 1987, and Algeria, October 1989) and agricultural and trade finance restructuring (Brazil, December 1987 and December 1988).

**BAR ADMISSIONS**

New York; Ohio; U.S. Supreme Court; U.S. District Courts for the Northern and Southern Districts of New York; U.S. Court of Appeals for the Second Circuit; U.S. District Court for the Northern District of Ohio; U.S. Court of Appeals for the Sixth Circuit; U.S. District Court for the District of Colorado; U.S. Court of Appeals for the Tenth Circuit.
Bar association membership: Geauga County (Ohio), county of residence.

**EDUCATION**

Boston University School of Law, Boston, Massachusetts. J.D., 1974.
President, International Law Club, 1973-74.

Columbia University, Graduate Faculties, Faculty of Philosophy, New York, New York. Ph.D. (French), 1973. Faculty Fellowship (full scholarship), 1967-1970.

Université de Paris (Sorbonne), Ecole des Hautes Etudes (IVe section), and Reid Hall (Columbia University), Paris, France, September 1968-June 1969. Dissertation research year.

University of Wisconsin, Madison, Wisconsin. M.A. (French), 1968.
National Defense Education Act Fellow (full scholarship), 1966-67.

Vanderbilt University, Nashville, Tennessee. B.A. (French), cum laude, 1966. Founders Scholarship (partial scholarship), 1963-1966.

**OTHER PERSONAL INFORMATION**

3

Languages:  French – fluent; Italian, Portuguese, and Spanish – proficient (reading or conversational knowledge or better); studied German and Latin (some conversational and reading ability).

Program organizer, director, and occasional meeting chairman for Committee for Monetary Research and Education at the Union Club and Union League Club, New York, New York, where I also am a frequent dinner meeting speaker, 1996-present.

Member of Western Economic Association International (session organizer and participant in panels of WEAI's annual meetings since 1990) and contributor to (and participant in panels of) Cato Institute, Washington, DC, 1991-1996 (occasionally).

**REFERENCES** (further contact information available upon request):

**Dean Steven R. Smith**, California Western School of Law, San Diego, California.  Dean Smith formerly was the dean of Cleveland-Marshall College of Law, Cleveland State University, while I taught there.  E-mail:  srs@cwsl.edu.

**W. Lee Hoskins**, Reno, Nevada.  Mr. Hoskins was president of the Federal Reserve Bank of Cleveland, 1987-1991, and president of Huntington National Bank, Columbus, Ohio, 1991-1998.  He has been a member of the Shadow Open Market Committee since 1997.  E-mail:  zeroinf@aol.com.

**Martin Mayer**, Visiting Scholar, Brookings Institution, Washington, D.C.  Mr. Mayer is one of America's foremost writers on banking, financial policy, and international financial history.  E-mail:  mmayer2a1@netscape.net; mmayer2a1@netscape.com (city address and country address).

**Anna J. Schwartz**, National Bureau of Economic Research, New York, N.Y.  Ms. Schwartz is the co-author, with Nobel laureate Milton Friedman, of the *Monetary History of the United States* (1963). E-mail:  aschwartz@gc.cuny.edu.

**Elizabeth B. Currier**, Managing Director, Committee for Monetary Research and Education, Charlotte, North Carolina.  Email:  cmre@bellsouth.net.

**William S. Peirce**, Trustee, American Institute for Economic Research (AIER), Great Barrington, Massachusetts.  Mr. Peirce lives in Gates Mills, Ohio, is the retired former chairman of the Department of Economics, Case Western Reserve University, and ran as a candidate for Governor of Ohio in 2006.  E-mail:  wspeirce@adelphia.net.

06-2007