UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | |
| : | |
| : | CRIMINAL NO. 08-271 |
| DANNY TRUE,  : | HON. ROYCE C. LAMBERTH |
| a/k/a/ DARBY,  : | |
| : | |
| Defendant.  : | |
| _____ : | |

## GOVERNMENT'S MOTION TO STRIKE
## WALKER TODD AFFIDAVIT EXHIBITED IN GOVERNMENT'S
## MOTION IN LIMINE

The United States of America, by and through undersigned counsel, submits the following Motion to Strike from the record of this case the affidavit of Walker Todd, proposed expert witness for defendant True. Specifically, the government asks that Exhibit A of its Motion in Limine to Preclude Untimely Noticed Testimony of Walker Fowler Todd (Doc. # 256-2) be stricken because Mr. Todd has contacted counsel for the government and asserted that the exhibited affidavit is not authentic.[1]

The government cited the affidavit as Exhibit A of its Motion in Limine in a footnote observing "Mr. Todd's affidavit is distributed on dozens of websites devoted to bizarre

---

[1] Specifically, in an email to government counsel dated April 29, 2010, Mr. Todd asserted "The purported affidavit of mine that you introduced as an exhibit was bogus--it was self-evidently pieced together by . . . internet scammers . . . Look carefully at the last page of text before the signature page, then look at the signature page. They clearly come from two different copies of the document. The entire text that precedes the signature page is the heavily edited (not by me) text that scammers posted on the internet originally without my knowledge or consent and have been massaging over the years to get it to a point where now it even lures in DOJ attorneys into thinking I supported that version of the affidavit."

strategies to purportedly pay off debt." (Doc. # 256 at 3.) Prior to using the exhibit, counsel for the government had checked the online docket of the Oakland County Michigan Circuit Court and determined that case number 2003-047448-CZ existed, and that affidavits had been filed shortly after the purported affidavit's December 5, 2003 execution date. Counsel for the government were further deceived by the inauthentic affidavit because it appeared consistent with Mr. Todd's known expert testimony in criminal cases.[2]

---

[2] Defendant True's Opposition (Doc. #284) to the government's Motion in Limine complains that "this affidavit as it appears online has never been entered into the record of any court, until the Government made it part of the public record at this proceeding." In fact, the United States District Court for the Eastern District of Virginia was recently presented with the affidavit by *pro se* defendants who claimed they did not have to repay a loan and observed "[t]he Todd Affidavit manifests itself throughout internet web sites offering advice about problematic or unpaid loans." Virginia Community Bank v. Fisher, No. 3:09cv354, 2009 WL 4430282, at 3 n.9 ( E.D.Va, Dec. 1, 2009).

For the foregoing reasons, the government respectfully requests that the Court strike the exhibit in question (Doc. # 256-2) from the record of this case. A proposed order is attached.

                          Respectfully submitted,

                          JOHN A. DICICCO
                          Acting Assistant Attorney General,
                          Tax Division

By:    /s/ Jeffrey A. McLellan
           Jeffrey A. McLellan
           Trial Attorney
           U.S. Department of Justice, Tax Division
           P.O. Box 972
           Washington, DC 20044
           Telephone: (202) 514-5150
           Fax: (202) 616-1786
           jeffrey.a.mclellan@usdoj.gov

Dated: May 2, 2010

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this case. I hereby further certify that on May 2, 2010, I submitted the foregoing to be served on:

    Eddie Kahn
    *Pro Se Defendant*

    Alan Tanguay
    *Pro Se Defendant*

    Stephen C. Hunter
    *Pro Se Defendant*

                                                        By:    /s/ Jeffrey A. McLellan
                                                                                Jeffrey A. McLellan
                                                                                Trial Attorney